**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KRISTY LORRAINE BERTHEL,

                Plaintiff,              22 **CIVIL** 10335(PAE)

      -v-                             **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 17 2023, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties also consent to the entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. Accordingly, the case is closed.

**Dated:** New York, New York

      July 18, 2023

                                                   **RUBY J. KRAJICK**

                                                   _____
                                                        **Clerk of Court**

                             **BY:**      _____
                                                        **Deputy Clerk**